UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                             :

KRISTIN A. CARMODY, M.D., M.H.P.E,      :

                Plaintiff,                       :

       -against-                           :

.                                                 :   21-CV-08186 (LGS)
NEW YORK UNIVERSITY; NYU GROSSMAN  :
SCHOOL OF MEDICINE; NYU LANGONE     :
HOSPITALS; ROBERT I. GROSSMAN, M.D.;  :
FRITZ FRANCOIS, M.D.; STEVEN B.         :
ABRAMSON, M.D.; ANDREW BROTMAN,   :
M.D.; and ROBERT J. FEMIA, M.D.,         :

               Defendants.                 :
-------------------------------------------------------------x

## **DEFENDANTS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants New York University, NYU Grossman School of Medicine and NYU Langone Hospitals (collectively, the "NYU Defendants"), hereby states that none of the NYU Defendants are publicly held and they possess no parents, affiliates and/or subsidiaries that are publicly held.

Dated:  New York, New York
           January 12, 2022

                                              CERASIA & DEL REY-CONE LLP

                                              By_____
                                                 Edward Cerasia II
                                                 Alison L. Tomasco
                                            150 Broadway, Suite 1517
                                            New York, New York 10038
                                            646.525.4235
                                            ed@cdemploymentlaw.com
                                            alison@cdemploymentlaw.com