# EXHIBIT A

| | |
|---|---|
| Number of participants | 7 |
| Participants | +19175436908 Billy Goldberg <br> +16468721992 Nick Dibble <br> +13475829806 Rob Femia <br> +15163516703 Chris Caspers <br> +19172045855 Corita Grudzen <br> +19179221448 Cat Jamin <br> kristin@carmodys.net Kristin Carmody (owner) |
| Number of messages | 5 |
| First message sent date/time | December 08, 2020 20:11:30 |
| Last message sent date/time | December 08, 2020 20:22:11 |

**+13475829806 Rob Femia**  December 08, 2020 20:11:30

You guys gonna weigh in

**+19179221448 Cat Jamin**  December 08, 2020 20:14:39

Rob;Want to call on Michelle again?

**+13475829806 Rob Femia**  December 08, 2020 20:16:58

You and Chris should speak .....

**+19179221448 Cat Jamin**  December 08, 2020 20:17:09

Yes will do

**+13475829806 Rob Femia**  December 08, 2020 20:22:11

Cat and Chris please take the operational questions

CONFIDENTIAL