UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                          :
KRISTIN A. CARMODY,                         :
                                Plaintiff,     :
                                                           :           21 Civ. 8186 (LGS)
                         -against-                    :
                                                           :                <u>ORDER</u>
NEW YORK UNIVERSITY, et al.,            :
                                    Defendants.  :
                                                           :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on July 25, 2022, Plaintiff filed a pre-motion letter regarding Defendants' refusal to produce certain documents relating to NYU's response to a letter from the Accreditation Council for Graduate Medical Education ("ACGME").

       WHEREAS, on July 29, 2022, Defendants filed a letter in opposition, arguing that the documents are not relevant and confidential.

       WHEREAS, on August 9, 2022, the parties filed supplemental letters regarding Plaintiff's motion.  It is hereby

       **ORDERED** that by **August 19, 2022**, Defendants shall produce the requested documents relating to NYU's response to ACGME pursuant to the protective order.  ACGME's inquiry relates to Plaintiff's allegations in this action and NYU's response may enable Plaintiff to

identify potential comparators.  For the reasons stated in *Morshed v. Hospital*, No. 16 Civ. 2862, 2017 WL 543236 (S.D.N.Y. Feb. 10, 2017), Defendants' asserted privileges are not recognized under federal law.

      The Clerk of Court is respectfully directed to close the motions at Docket Nos. 42, 47 and 54.

Dated: August 16, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE