UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
KRISTIN A. CARMODY, M.D, M.H.P.E.

    *Plaintiff*,

- against -

NEW YORK UNIVERSITY; NYU GROSSMAN SCHOOL OF MEDICINE; NYU LANGONE HOSPITALS; ROBERT I. GROSSMAN, M.D.; FRITZ FRANCOIS, M.D.; STEVEN B. ABRAMSON, M.D.; ANDREW W. BROTMAN, M.D.; and ROBERT J. FEMIA, M.D.

    *Defendants*.
-------------------------------------------------------

Case No.: 1:21-cv-08186-LGS

Hon. Lorna G. Schofield

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Damian R. Cavaleri and accompanying exhibits, Plaintiff Dr. Kristin A. Carmody, M.D., M.H.P.E., shall move before the Honorable Lorna G. Schofield, U.S.D.J., United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007, for an order granting Plaintiff's Application for a Mandatory Adverse Inference against Defendants for spoliation of evidence pursuant to Federal Rules of Civil Procedure 37(e).

Dated: New York, New York
      October 25, 2022

Respectfully Submitted,

**HOGUET NEWMAN REGAL & KENNEY, LLP**

By: _____
    Damian R. Cavaleri
    Wendy Tsang
    One Grand Central Place
    60 East 42nd Street, 48th Floor

New York, NY 10165
Phone: 212-689-8808

*Attorneys for Plaintiff*
*Dr. Kristin A. Carmody*, *M.D, M.H.P.E.*