# EXHIBIT 23

| | |
|---|---|
| **From:** | Kristin Carmody, M.D. |
| **Sent:** | Tuesday, December 22, 2020 1:40 PM EST |
| **To:** | William Chiang |
| **Subject:** | Re: Thank you for everything and the fight is not over |

Thank you.

On Fri, Dec 11, 2020 at 12:22 AM William Chiang ▮▮▮▮▮ wrote:
Hi Kristin:

I wrote to Rahul Sharma earlier to see if they have any senior position available. He just asked me to see if you could contact him directly.

His contact information is below:

Rahul Sharma, MD, MBA, FACEP
Professor and Chairman
Department of Emergency Medicine
Weill Cornell Medicine
Emergency Physician-in-Chief
New York Presbyterian-Weill Cornell Medical Center
Chief and Medical Director, NYP EMS
▮▮▮▮▮
Rahul Sharma ▮▮▮▮▮

William

On Wed, Dec 9, 2020 at 5:07 PM Kristin Carmody, MD ▮▮▮▮▮ wrote:
Thank you William.

Kristin Carmody
▮▮▮▮▮

On Dec 9, 2020, at 3:02 PM, William Chiang ▮▮▮▮▮ wrote:

Hi Kristin:

You should be shocked, but never be embarrassed.
You should be proud of yourself for how you have conducted yourself with such high integrity and altruism.
I wish I can be more like you.
All of us have attested to the resident's note without evaluating the patient physically.
I always have some trepidations everytime I do that but the pressure of the coding, patient load, administration, and EPIC make it virtually impossible to resist.
I will no longer care if the chart gets downcoded.
I remember not willing to attest to procedures when I was not in the room with the resident, even Cat Jamin told me that is the acceptable legal standard to attest to the procedure.
Our recent graduates were instructed to do that in their orientation.
Hope to see you soon.

William

On Wed, Dec 9, 2020 at 2:17 PM Kristin Carmody, MD ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
> Hi William,

> Thank you so much for your kind words. I'm shocked and embarrassed. This is clearly hospital leadership retaliating on our department and residency. I never thought they would go this far.

> Thank you and everyone in our department for supporting me. I am hoping to see everyone soon.

> Best,

> Kristin


> Kristin Carmody
> ▮▮▮▮▮▮▮▮▮▮


>> On Dec 9, 2020, at 1:10 PM, William Chiang ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
>>
>>
>> Hi Kristin:
>>
>> Sorry that you got tangled up in this NYU and our departmental web of injustice and deceipts.
>> I have the utmost respect and support of what you have done for the department and residencies.
>> My feelings are unanimous with everyone that has worked with you.

> You are the only person in the departmental leadership position that I have complete trust and respect for.
> You are not alone now and in the future.
> We will do everything we can to fight for this injustice.
> Please let me know if you need anything.
> You represent the very best of us.
>
> William
>
>

**CONFIDENTIAL** **KC002531**