# cerasia law llc
### employment lawyers

Alison L. Tomasco
646.525.4234
alison@cdemploymentlaw.com

July 24, 2023

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  Dr. Carmody v. NYU, et al., 21-CV-8186 (LGS)

Dear Judge Schofield:

      We represent the defendants in this case. We respectfully request that Your Honor extend the date by which Defendants must file the letter outlined in Your Honor's July 24, 2023 Order from July 26, 2023 to July 31, 2023. This is Defendants' first request for an extension of time with respect to this letter. The reason for the request is that my family and I are moving homes on July 25 and 26, and Ed Cerasia has a brief due in another matter on Friday, as well as other professional commitments. Plaintiff's counsel does not object to this request.

      Thank you in advance for Your Honor's consideration of this request.

      Respectfully submitted,

      CERASIA LAW LLC

      *Alison Tomasco*

      Alison L. Tomasco
      Edward Cerasia II

cc:    Damian Cavaleri, Esq. (By ECF)
        Wendy Tsang, Esq. (By ECF)

One Liberty Plaza | 165 Broadway, 23rd Floor | New York, New York 10006 | 646.525.4235
101 Eisenhower Parkway, Suite 300 | Roseland, New Jersey 07068 | 973.786.1368

www.cdemploymentlaw.com