UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
KRISTIN A. CARMODY, M.D.,                                     :
                           Plaintiff,                         :
               -against-                                      :         21 Civ. 8186
                                                              :
NEW YORK UNIVERISTY, et al.,                                  :         ORDER
                           Defendants.                        :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, in connection with Plaintiff's motion for an adverse inference and Defendants' motion for summary judgment, the parties moved to file under seal portions of the record and briefing related to the motions. An order issued June 29, 2023, denied the motion without prejudice to renewal and issued guidelines for any renewed motion.

    WHEREAS, on July 14, 2023, the parties renewed their motions. The parties seek to file under seal information that is in line with the guidance given in the June 29 order.

    WHEREAS, for the reasons stated in the June 29 order, the parties' proposed redactions are narrowly tailored and countervailing interests rebut the strong presumption of public access to documents filed in connection with Defendants' motion for summary judgment. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). It is hereby

    **ORDERED** that the parties' motions to file under seal portions of the summary judgment record are **GRANTED**. It is further

    **ORDERED** that Defendants shall file Ex. 22 to Plaintiff's deposition, currently pages 43-45 of Dkt. No. 95-1, on the public docket by **July 26, 2023**.

    The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 149 and 151. The Clerk of Court is further directed to unseal the documents at Dkt. Nos. 89, 91, 113-1, 113-2, 113-32, 127 and 128.

Dated: July 24, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE