## cerasia law llc
### employment lawyers

Edward Cerasia II
646.525.4231
ed@cdemploymentlaw.com

July 25, 2023

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *Dr. Carmody v. NYU, et al.*, 21-CV-8186 (LGS-VF)

Dear Judge Schofield:

      We represent the Defendants in this case and write pursuant to Your Honor's July 25, 2023 Order (the "July 25 Order"), which ordered Defendants to file "Exhibit 22" to plaintiff's deposition to the public docket.  There is no Exhibit 22 to plaintiff's deposition, and we assume the Court refers to Exhibit 21 (pages 43-45 of Dkt. No. 95-1).  Exhibit 21 to plaintiff's deposition, which was previously submitted with redacted cell phone numbers on July 14, 2023 at pages 37-39 of Docket No. 151-4, is resubmitted herewith as Exhibit A.

      We thank Your Honor for your attention to this matter.

      Respectfully submitted,

      CERASIA LAW LLC

      */s/ Edward Cerasia II*

      Edward Cerasia II

cc:    All Counsel of Record (By ECF)

One Liberty Plaza | 165 Broadway, 23rd Floor | New York, New York 10006 | 646.525.4235
101 Eisenhower Parkway, Suite 300 | Roseland, New Jersey 07068 | 973.786.1368

www.cdemploymentlaw.com