# EXHIBIT A

| | |
|---|---|
| Number of participants | 2 |
| Participants | Kar-mum Woo |
| | Kristin Carmody (owner) |
| Number of messages | 191 |
| First message sent date/time | December 06, 2020 11:26:15 |
| Last message sent date/time | December 06, 2020 18:05:34 |



Carmody
**Exhibit 21**
6/21/22

**Owner** — December 06, 2020 11:26:15

Rob just fired me

**Kar-mum Woo** — December 06, 2020 12:29:50

can patrick get u connected to an employment lawyer asap today?

**Kar-mum Woo** — December 06, 2020 12:30:57

even though this was a "policy", it was poorly/arbitrarily enforced by the dept

**Kar-mum Woo** — December 06, 2020 12:31:20

the punishment is out of proportion

**Owner** — December 06, 2020 12:35:47

Yeah we know one. Based on the fact that I wrote PE: though probably killed myself on this one

**Owner** — December 06, 2020 12:36:11

If I had just signed the note I would have been better off

CONFIDENTIAL

**Kar-mum Woo**  December 06, 2020 16:09:18

what does patrick's friend advise?

**Kar-mum Woo**  December 06, 2020 16:17:21

also, only if ok with u, i could talk to may as part of faculty council... faculty will want to express their support somehow

**Kar-mum Woo**  December 06, 2020 16:18:40

steve suggested resignation letter state something about this being under duress (which it is) and ur objections to the gravity of the response based on a long poorly-enforced policy

**Kar-mum Woo**  December 06, 2020 16:19:05

that way if u ever want to circle back legally...

**Kar-mum Woo**  December 06, 2020 16:23:02

of course nyu would look worse if u force them to fire you officially, but don't know the other consequences with licensing etc

**Carmody, MD Kristin**  December 06, 2020 16:23:26

His friend told me that I had to resign

**Carmody, MD Kristin**  December 06, 2020 16:24:36

He said in NYS that because our contracts run out and we are employees at will that employers legally have the right to fire without cause

CONFIDENTIAL                                                                                                              KC002156

**Carmody, MD Kristin** — December 06, 2020 17:22:37

And Rob couldn't even have prevented that much??

**Kar-mum Woo** — December 06, 2020 17:23:16

apparently not

**Carmody, MD Kristin** — December 06, 2020 17:25:24

And he was like "well I'll hell you get a job.."

**Carmody, MD Kristin** — December 06, 2020 17:25:27

Really?

**Carmody, MD Kristin** — December 06, 2020 17:25:31

Help

**Kar-mum Woo** — December 06, 2020 17:26:05

he doesn't want u to throw him under the bus on the way out

**Kar-mum Woo** — December 06, 2020 17:26:36

faculty and residents will tho…

CONFIDENTIAL                                                                                      KC002167