# EXHIBIT B

1

```
 1              UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF NEW YORK

 3    _____

 4    KRISTIN A. CARMODY, M.D.,

 5    M.H.P.E.

 6           Plaintiff,

 7       v.                          Case No:

 8    NEW YORK UNIVERSITY; NYU          1:21-cv-08186-LGS

 9    GROSSMAN SCHOOL OF MEDICINE;

10    NYU LANGONE HOSPITALS; ROBERT I.

11    GROSSMAN, M.D.; FRITZ FRANCOIS,

12    M.D.; STEVEN B. ABRAMSON, M.D.;

13    ANDREW W. BROTMAN, M.D.; and

14    ROBERT J. FEMIA, M.D.

15           Defendants.
      _____
16
                    VIDEOTAPED DEPOSITION
17    _____

18    WITNESS:      Robert J. Femia, M.D.

19    DATE:         Tuesday, February 14, 2023

20    START TIME:   2:00 p.m.

21    END TIME:     3:08 p.m.

22    REPORTED BY:  Kimberly Rawls, CER-1944, Notary Public

23    JOB No.:      14800

24    Conducted by videoconference via the Remote Legal

25    platform.
```

10

1    right hand?  Thank you, sir.

2                    Do you swear or affirm that the testimony

3    you shall give today in this proceeding will be the

4    truth, the whole truth, and nothing but the truth?

5                    DR. FEMIA:  Yes, I do.

6    WHEREUPON,

7                       R O B E R T   F E M I A

8    having been called as a witness, being duly sworn by the

9    notary public present, testified as follows:

10                   THE DIGITAL REPORTER:  Thank you very

11   much.  I appreciate that.  Counsel, you may begin.

12                   MR. CAVALERI:  Great.  Thank you.

13                            EXAMINATION

14   BY MR. CAVALERI:

15       Q    Welcome back, Dr. Femia.  Thank you for your

16   time this afternoon.

17                   I want to start by asking when were you first

18   asked whether you had any text messages on your phone

19   that were related to this case?

20       A    When was I first asked?  I believe it was

21   after we received the notice of an intent to sue.

22       Q    What date was that?  Do you recall the month?

23       A    It was in April.

24       Q    April of 2021; is that correct?

25       A    Yes.

11

1       Q      And at that point, what did you do with

2    respect to the question of whether you had text

3    messages on your phone?

4       A      I was asked to review if there were any text

5    messages and to not delete anything.

6       Q      And what did you do in response to that

7    request?

8       A      I searched my phone to look for any text

9    messages that might be on there in regards to the

10   matter.

11      Q      And as part of that review, did you locate any

12   text messages related to this matter?

13      A      No.

14      Q      And what did you search for -- withdrawn.

15             How did you determine whether something was

16   related to this matter?

17      A      My attorneys gave me the names that I should

18   be searching for and I followed their direction.

19      Q      How did you search for the names -- withdrawn.

20   Let me be more clear.

21             Did you look for text messages with those

22   individuals that were referenced by your attorneys?

23      A      Yes.

24      Q      Okay.  And did you locate any text message

25   conversations with those individuals that they

12

1   referenced?

2        A    No.

3        Q    Did those names referenced include Dr.

4   Carmody?

5        A    Yes.

6        Q    And as of April 21, you did not have any text

7   messages with Dr. Carmody on your phone; is that

8   correct?

9        A    Yes.

10        Q    Okay.  At any point prior to April of 2021,

11   did you have text messages with Dr. Carmody on your

12   phone?

13                MR. CERASIA:  Objection to form.

14                You can answer.

15                THE WITNESS:  I would have, yes.

16   BY MR. CAVALERI:

17        Q    Okay.  And what happened to those text

18   messages?

19        A    As a matter of routine they were deleted.

20        Q    What do you mean as a matter of routine, Dr.

21   Femia?

22        A    I didn't -- I don't -- I did not save text

23   messages.  My routine as practice was to every few weeks

24   just delete my messages.

25        Q    So, Dr. Femia, is it your testimony that you

13

1    would actively delete text messages on your phone every

2    few weeks?

3         A    Yes.

4         Q    And would you delete all text messages on your

5    phone every few weeks?

6         A    Usually, yes.

7         Q    And what is the purpose of deleting text

8    messages every few weeks from your phone?

9         A    Just clean up clutter.

10        Q    Do you ever save text messages on your phone,

11   Dr. Femia?

12        A    Have I ever saved a text message?  Yes.

13        Q    What text messages do you save on your phone?

14        A    The types of messages that I would want to

15   maybe refer back to, something that I might want to

16   share.

17        Q    Would that include text messages with -- that

18   are related to your professional responsibilities?

19        A    I -- I did not save any text messages if

20   you're referring to any specific.  I'm talking as far as

21   a generic practice.  I think your question was, have I

22   ever saved a text message?  Well, of course, yes.  If

23   you mean did I -- do I immediately delete them?  No.

24        Q    Dr. Femia, how long have you maintained this

25   practice of deleting text messages every few weeks?

14

1      A      I have no idea when that actually started,

2    probably years ago but I don't, as a matter of routine,

3    save text messages on my phone for long periods of time.

4      Q      How long after Dr. Carmody's termination did

5    you delete your text messages with her?

6                    MR. CERASIA:  Objection to form.

7                    You can answer.

8                    THE WITNESS:  I don't specifically recall

9    when I deleted her text messages. I can tell you that

10   from that date in December right up until the notice

11   that there was potentially a suit, I would have been

12   deleting message throughout that time period.

13   BY MR. CAVALERI:

14     Q      Well, would you have deleted text messages

15   with Dr. Carmody within a week of her termination?

16     A      What -- would I have?

17     Q      Yes.

18     A      I can't -- I -- I don't know exactly when

19   these messages came -- were deleted specifically to Dr.

20   Carmody or specifically to anyone else, but knowing that

21   I would routinely delete messages frequently, I would

22   guess that sometime in December, yes, I would have, my

23   best guess, I deleted messages.

24     Q      When you delete text messages every few weeks,

25   do you sit there and just – how do you -- take me

REMOTE LEGAL
COURT REPORTING
646-461-3400

15

1    through that process of how you go about deleting your

2    text messages every few weeks?

3        A    I swip and hit the delete button.

4        Q    What kind of phone do you have, Dr. Femia?

5        A    An iPhone.

6        Q    Did you have the same iPhone in December of

7    2020 that you have today?

8        A    Yes.

9        Q    What kind of iPhone do you have?

10       A    I don't know.

11       Q    But you have not -- you have not purchased a

12   new phone since December 2020; is that correct?

13       A    I don't think so, no.

14       Q    Do you have an Apple computer as well?

15       A    Do I have an Apple computer?  Yes.

16       Q    Okay.  And you have an iPad?

17       A    No.

18       Q    Does your Apple computer sync up to your Apple

19   iCloud account?

20            MR. CERASIA:  Objection to form.

21            You can answer.

22            THE WITNESS:  Yes.  I believe so, yes.

23   BY MR. CAVALERI:

24       Q    Okay.  And did you delete your text messages

25   from your Apple computer as well as your Apple phone?