# EXHIBIT C

"CONFIDENTIAL - ATTORNEY'S EYES ONLY"

```
                                                                    1
 1             UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2  _____

 3  KRISTIN A. CARMODY, M.D.,
    M.H.P.E.,
 4
              Plaintiff,
 5
        v.                              Case No.:
 6
    NEW YORK UNIVERSITY, NYU            1:21-cv-08186-LGS
 7  GROSSMAN SCHOOL OF MEDICINE; NYU
    LANGONE HOSPITALS; ROBERT I.
 8  GROSSMAN, M.D.; FRITZ FRANCIOS,
    M.D.; STEVEN B. ABRAMSON, M.D.;
 9  ANDREW W. BROTMAN, M.D.; and
    ROBERT J. FEMIA, M.D.
10
              Defendants.
11
    _____
12

13                    VIDEO DEPOSITION

14  _____

15
                      **CONFIDENTIAL**
16

17  WITNESS:              Fritz Francois, M.D.

18  DATE:                 Friday, February 10, 2023

19  START TIME:           1:00 p.m.
    END TIME:             2:01 p.m.
20

21  REMOTE LOCATION:      Remote Legal platform

22  REPORTER:             Kimberly Costanza, CDR-1835
    JOB NO.:              14799
23

24

25
```

**"CONFIDENTIAL - ATTORNEY'S EYES ONLY"**

54

```
 1        Q    And at what point -- when -- when was the
 2   first time you - well, withdrawn.
 3             Did you ever provide your cell phone to NYU's
 4   IT department for -- with respect to this litigation?
 5        A    Can you clarify the question?  At what point?
 6        Q    At any time, did you provide your cell phone
 7   to NYU's IT department at -- with respect to this
 8   litigation?
 9        A    I was not directed to provide my phone to the
10   NYU IT department.
11        Q    Okay.  Did you ever review your phone for text
12   messages related to this litigation?
13        A    Yes, I did.
14        Q    When was the first time you did so?
15        A    I don't recall the exact date.
16        Q    Was it -- was it before or after your first
17   deposition in this case?
18        A    I don't recall the exact date, and I would
19   have to, also, go back to the dates of the deposition,
20   which I don't have at my fingertips.
21        Q    Okay.  When you did review your phone for text
22   messages related to this -- to this action, what were
23   you looking -- what did you look for?
24        A    I was provided instructions on -- to -- to
25   look for text messages for that -- with various -- with
```

**"CONFIDENTIAL - ATTORNEY'S EYES ONLY"**

55

```
 1   certain individuals and I followed those instructions
 2   based on only a communication with those individuals as
 3   it pertained to Dr. Carmody.
 4        Q    Okay.
 5        A    And that's what I tried to provide and that
 6   would have been prior to the first deposition.  I just
 7   don't have the exact date.
 8        Q    Do you recall how far in advance or how far
 9   prior to your first deposition it was?
10        A    I don't have the exact date.
11        Q    And did you do a subsequent review of your
12   phone for text messages following your deposition?
13        A    I did review -- I reviewed text messages as
14   the instructions -- as I was instructed to do, meaning
15   if there was a request from my -- the lawyers, I did so.
16   It is possible that I might have missed some, but I
17   followed, to the best of my ability, the instructions
18   that I was given, as well as the time period to look
19   for.
20        Q    Okay.
21        A    And, yes, there -- it's possible that I might
22   have missed some of those.
23        Q    Okay.  And prior to your deposition, did you
24   ever provide your cell phone to someone else to do the
25   review?
```

**"CONFIDENTIAL - ATTORNEY'S EYES ONLY"**

```
                                                      56
1        A    Prior to which deposition are you referring
2   to?
3        Q    Your first deposition.
4        A    I was not -- no, I did not provide my phone to
5   someone.
6        Q    Okay.  At some point, did you provide your
7   phone to someone to do a review?
8        A    After the first step deposition, the -- yes,
9   my phone, actually, was imaged.
10       Q    Okay.
11            MR. CAVALERI:  All right.  Well, Dr.
12  Francois, thank you for your time today.  I see we are
13  right at the hour mark and I appreciate it.  Thank you.
14            THE WITNESS:  Sure.  You're welcome.
15  Thank you.
16            MR. CERASIA:  I would only add that, for
17  now, we're going to designate this deposition as
18  confidential.
19            MR. CAVALERI:  Okay.
20            MR. CERASIA:  Thank you.
21            THE REPORTER:  Okay.  Is that all the
22  questions for today?
23            MR. CERASIA:  Yeah.  No questions from
24  our side.
25            THE REPORTER:  Okay.  I would just like
```