UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
KRISTIN A. CARMODY, M.D., M.H.P.E.,
                        Plaintiff,

-against-                              21 Civ. 8186

                                      ORDER

NEW YORK UNIVERISTY, et al.,
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an Order dated September 7, 2023, granted Defendants' motion for summary judgment in part and denied it in part. It is hereby

        **ORDERED** that no later than **September 18, 2023**, the parties shall file a status letter regarding settlement discussions and whether the parties request a referral for further settlement discussions. In the event that there is no possibility of settlement, a trial ready order will issue separately.

Dated: September 12, 2023
       New York, New York

                                                                            LORNA G. SCHOFIELD
                                                                 UNITED STATES DISTRICT JUDGE