UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                                                        :

KRISTIN A. CARMODY, M.D., M.H.P.E,      :

                      Plaintiff,                      :

              -against-                  :

                                         :    21-CV-08186 (LGS)

NEW YORK UNIVERSITY; NYU GROSSMAN   :
SCHOOL OF MEDICINE; NYU LANGONE     :    **NOTICE OF MOTION *IN LIMINE***
HOSPITALS; ROBERT I. GROSSMAN, M.D.;  :
and ROBERT J. FEMIA, M.D.,                :

                    Defendants.                :
-----------------------------------------------------------x

       PLEASE TAKE NOTICE THAT, upon Defendants' Memorandum of Law in Support of Their Motion *In Limine* to Exclude Testimony About Or References To Any Alleged Stray Remark, before The Honorable Lorna G. Schofield, United States District Judge, at the United States District Court Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order granting Defendants' motion *in limine* to exclude testimony about or references to any alleged stray remark, and for such other relief as the Court may deem just and proper.

Dated: October 10, 2023

                                                Respectfully submitted,

                                                CERASIA LAW LLC
                                                By  s/ Edward Cerasia II
                                                   Edward Cerasia II
                                                   Alison L. Tomasco
                                                One Liberty Plaza
                                                165 Broadway, 23rd Floor
                                                New York, New York 10006
                                                646.525.4231

2

-and-

TARTER KRINSKY & DROGIN LLP
By /s Richard C. Schoenstein
   Richard C. Schoenstein
   Brittany Kate Lazzaro
   1350 Broadway
   New York, New York 10018
   212.216.8000