UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
KRISTIN A. CARMODY, M.D, M.H.P.E.

    *Plaintiff*,

- against -

NEW YORK UNIVERSITY; NYU GROSSMAN SCHOOL OF MEDICINE; NYU LANGONE HOSPITALS; ROBERT I. GROSSMAN, M.D.; FRITZ FRANCOIS, M.D.; STEVEN B. ABRAMSON, M.D.; ANDREW W. BROTMAN, M.D.; and ROBERT J. FEMIA, M.D.

    *Defendants*.
-------------------------------------------------------

Case No.: 1:21-cv-08186-LGS

Hon. Lorna G. Schofield

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law Plaintiff Dr. Kristin A. Carmody, M.D., M.H.P.E., shall move before the Honorable Lorna G. Schofield, U.S.D.J., United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007, for an order granting Plaintiff's Motion *in Limine* to Exclude Evidence Based on Inadmissible Hearsay.

Dated: New York, New York
      October 10, 2023

Respectfully Submitted,

**HOGUET NEWMAN REGAL & KENNEY, LLP**

By: _____
    Damian R. Cavaleri
    Wendy Tsang
    One Grand Central Place
    60 East 42nd Street, 48th Floor
    New York, NY 10165
    Phone: 212-689-8808

    *Attorneys for Plaintiff*
    *Dr. Kristin A. Carmody*, M.D, M.H.P.E.