

One Grand Central Place  
60 East 42nd Street, 48th Floor  
New York, New York 10165

Tel  212.689.8808  
Fax  212.689.5101  
www.hnrklaw.com

dcavaleri@hnrklaw.com

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Carmody v. New York University, et al., No. 1:21-cv-8186 (LGS)

Dear Judge Schofield,

We represent the plaintiff in this action and write on behalf of both parties to respectfully seek a partial extension of the Court's September 19, 2023 order. ECF No. 163 (herein, the "Trial Scheduling Order")

Pursuant to the Trial Scheduling Order, joint requests to charge, *voir dire*, verdict form and any memorandum of law, as provided in the Court's individual rules shall be filed by November 3, 2023 and the final pretrial order shall be filed on November 10, 2023.

The parties respectfully request a short extension to submit the joint requests to charge, *voir dire*, verdict form and the final pretrial order to allow the parities additional time to confer to minimize the differences in position on each of these documents. Specifically, the parties respectfully request that deadline to file the joint request to charge, *voir dire*, verdict form, and the final pretrial order be extended to November 17, 2023.

To be clear, the parties are not requesting to extend the deadline to file any memorandum of law, as provided in the Court's individual rules, which pursuant to the Trial Scheduling Order, shall be filed by November 3, 2023.

Thank you for your attention to this matter.

Dated: November 1, 2023

Respectfully submitted,

Damian R. Cavaleri

cc:   All counsel of record (*via ECF*)