# cerasia law llc
## employment lawyers

Edward Cerasia II
646.525.4231
ed@cdemploymentlaw.com

November 3, 2023

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  Dr. Carmody v. NYU, et al., 21-CV-8186 (LGS)

Dear Judge Schofield:

      On behalf of the Defendants, we write to inform the Court that, at this time, the Defendants do not believe that there are any additional legal issues to present to the Court in a trial memorandum. Defendants respectfully refer the Court to the legal issues identified in their summary judgment briefs (moving and reply briefs) and those in support of their *in limine* motions and in opposition to plaintiff's *in limine* motions on file and pending with the Court.

      Respectfully submitted,

      CERASIA LAW LLC

      */s/ Edward Cerasia II*

      Edward Cerasia II

cc:    All Counsel of Record (By ECF)