UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRISTIN A. CARMODY, M.D., M.H.P.E.,

                                      Plaintiff,                              **21-CV-8186 (VF)**

                  -against-                                    **ORDER**

NEW YORK UNIVERSITY, et al,

                                   Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Given that the parties have consented to the undersigned's jurisdiction, **all pending deadlines in this matter are adjourned sine die.** A status conference to discuss the continuation of pretrial briefing, the setting of a trial date, and any other pending issues is hereby scheduled for **Wednesday, December 6, 2023, at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:    New York, New York
                November 16, 2023

                                                                                     VALERIE FIGUEREDO
                                                                                     United States Magistrate Judge