UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
KRISTIN A. CARMODY, M.D., M.H.P.E,                           :
:
Plaintiff,          :
:
-against-              :
:
:   21-CV-08186 (VF)
NEW YORK UNIVERSITY; NYU GROSSMAN      :
SCHOOL OF MEDICINE; NYU LANGONE       :
HOSPITALS; ROBERT I. GROSSMAN, M.D.;   :
and ROBERT J. FEMIA, M.D.,                              :
:
Defendants.         :
:
---------------------------------------------------------------x

## NOTICE OF MOTION *IN LIMINE*

PLEASE TAKE NOTICE THAT, upon Defendants' Memorandum of Law in Support of Their Motion *In Limine* To Exclude Testimony From Plaintiff's Witnesses, Defendants will move this Court on a date and time to be set by the Court, before The Honorable Valerie Figueredo, United States Magistrate Judge, at the United States District Court Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order granting Defendants' motion *in limine* to exclude testimony from Plaintiff's witnesses, and for such other relief as the Court may deem just and proper.

Dated: February 23, 2024

                                                Respectfully submitted,

                                                CERASIA LAW LLC
                                                By  s/ Edward Cerasia II
                                                   Edward Cerasia II
                                                   Alison L. Tomasco
                                                One Liberty Plaza
                                               165 Broadway, 23rd Floor

    New York, New York 10006
    646.525.4231

        -and-

    TARTER KRINSKY & DROGIN LLP
    By  /s Richard C. Schoenstein
       Richard C. Shoenstein
       Brittany Kate Lazzaro
       1350 Broadway
       New York, New York 10018
       212.216.8000