

One Grand Central Place  
60 East 42nd Street, 48th Floor  
New York, New York 10165

Tel  212.689.8808  
Fax 212.689.5101  
www.hnrklaw.com

dcavaleri@hnrklaw.com

**VIA ECF**

Honorable Valerie Figueredo  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re:   Carmody v. New York University, et al., No. 1:21-cv-8186 (VF)

Dear Judge Figueredo,

  Pursuant to Rule (I)(g)(2) of Your Honor's Individual Rules of Practice in Civil Cases, the Electronic Case Filing Rules & Instructions for the Southern District of New York, Section 6, Standing Order 19-MC-00583, and the Court's June 29, 2023 Order Regarding the Sealing of Information in this action (ECF No. 148), Plaintiff respectfully seeks leave to file Exhibits B and G to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion *in Limine* to Exclude Documents and Testimony About the Departmental Review Committee under seal.

  Exhibit B contains the name of the Patient's husband and Exhibit G contains identifying information regarding an employee of Defendants accused of misconduct. The Court ordered the parties to file such information under seal. *See* ECF No. 148 at 3 ("The parties may file under seal the names of patients seen by the parties in this case, including the patient seen by Plaintiff on November 30, 2020, and the names of any patient's family members."); *id* at 4 ("The parties may file under seal identifying information regarding other employees of Defendants accused of misconduct, but not the contents of their alleged behavior."). Therefore, Plaintiff respectfully requests to file Exhibits B and G to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion *in Limine* to Exclude Documents and Testimony About the Departmental Review Committee under seal.

Dated: March 8, 2024

                Respectfully submitted,

                Damian R. Cavaleri

cc:   All counsel of record (*via ECF*)