UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRISTIN A. CARMODY, M.D., M.H.P.E.,

                          Plaintiff,                          21-CV-8186 (VF)

        -against-                                      **ORDER**

NEW YORK UNIVERSITY, et al,

                          Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

       For the reasons given on the record and for the reasons stated in the Court's orders at ECF Nos. 230 and 231, the motions at ECF Nos. 168, 171, 173, 175, 177, 179, 181, 183, 212, 217, 221, and 228 are resolved. The Clerk of Court is respectfully directed to terminate the motions at those ECF numbers.

       Additionally, for the reasons stated in the Court's order at ECF No. 148, Plaintiff's request at ECF No. 224 to file certain exhibits under seal is granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 224 and to maintain the documents filed at ECF No. 226 under seal.

       **SO ORDERED.**

DATED:     New York, New York
                April 15, 2024

                                                                       _____
                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge