**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

KRISTIN A. CARMODY, M.D., M.H.P.E.,

                         Plaintiff,                              **21-CV-8186 (VF)**

          -against-                                          **<u>ORDER</u>**

NEW YORK UNIVERSITY, et al,

                         Defendants.
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Attached to this Order are the following Court Exhibits:

- Exhibit 15: April 15, 2024 note from jury;

- Exhibit 16: April 16, 2024 note from jury.

      **SO ORDERED.**

DATED:     New York, New York
             April 17, 2024

                                            _____
                                            VALERIE FIGUEREDO
                                            United States Magistrate Judge

# EXHIBIT 15

Court Exhibit 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
KRISTIN A. CARMODY, M.D., M.H.P.E.,

                            *Plaintiff,*                    Case No.: 21-CV-8186

(VF)
             v.

NEW YORK UNIVERISTY; NYU
GROSSMAN SCHOOL OF MEDICINE;
NYU LANGONE HOSPITALS; ROBERT
I. GROSSMAN, M.D.; and ROBERT J.
FEMIA, M.D.

                            *Defendants.*
-------------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message: What is the reason the NYU leadership spoke to the patient's husband and not speak to the patient herself?

Print Name: CHASE HOEPPNER

Sign Name: Chase Flynn

Date: 4-15-24

Time: 5:00

## THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 15

RECEIVED ON: April 15, 2024

TIME RECEIVED: 5:00   [ ] a.m. / [X] p.m.

# EXHIBIT 16

Court Exhibit 16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
KRISTIN A. CARMODY, M.D., M.H.P.E.,

                    *Plaintiff,*                    Case No.: 21-CV-8186 (VF)

          v.

NEW YORK UNIVERISTY; NYU
GROSSMAN SCHOOL OF MEDICINE;
NYU LANGONE HOSPITALS; ROBERT
I. GROSSMAN, M.D.; and ROBERT J.
FEMIA, M.D.

                    *Defendants.*
------------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message: ___WE HAVE REACHED A VERDICT___

_____

_____

_____

_____

_____

          Print Name:  CHASE HOEPPNER
          Sign Name:   Chase Hoeppner
          Date:        4 - 16 - 2024
          Time:        1:05 PM

## THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# __16__

RECEIVED ON: April __16__, 2024

TIME RECEIVED: ___1:24___ [ ] a.m. / [X] p.m.