UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRISTIN A. CARMODY, M.D., M.H.P.E.,

                              Plaintiff,                      **21-CV-8186 (VF)**

       -against-                            **ORDER OF FINAL JUDGMNET**

NEW YORK UNIVERSITY, et al,

                              Defendants.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED**: That after a Jury Trial before the Honorable Valerie Figueredo, United States Magistrate Judge, the jury having returned a verdict in favor of Defendants the Amended Complaint is hereby dismissed.

       **SO ORDERED.**

DATED:     New York, New York
               May 1, 2024

                                                                _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge